

2007 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

11-9-2007

# King v. Lindsay

Precedential or Non-Precedential: Non-Precedential

Docket No. 07-3174

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2007

Recommended Citation

"King v. Lindsay" (2007). *2007 Decisions.* Paper 226.
http://digitalcommons.law.villanova.edu/thirdcircuit_2007/226

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2007 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

NOT PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 07-3174
_____

ANDREW M. KING,
                              Appellant

v.

CAMERON LINDSAY,
Warden, U.S.P. Canaan

_____

On Appeal from the United States District Court
for the Middle District of Pennsylvania
(D.C. Civil Action No. 07-cv-00375)
District Judge:  Honorable Sylvia H. Rambo

_____

Submitted Pursuant to Third Circuit LAR 34.1(a)
November 7, 2007
Before: SLOVITER, BARRY and WEIS, Circuit Judges

(Opinion filed November 9, 2007)
_____

OPINION
_____

PER CURIAM

        Andrew King appeals the District Court's order denying his petition filed pursuant

to 28 U.S.C. § 2241.  For the following reasons, we will affirm the District Court's

judgment.

The procedural history of this case and the details of King's claims are well known to the parties, set forth in the District Court's thorough opinion, and need not be discussed at length. In his § 2241 petition, King argued that he was entitled to credit on his federal sentence for time served before trial. The District Court denied the petition, and King filed a timely notice of appeal.

We have jurisdiction under 28 U.S.C. § 1291 and exercise plenary review over the District Court's legal conclusions. Cradle v. U.S. ex rel. Miner, 290 F.3d 536, 538 (3d Cir. 2002). While King makes several arguments regarding the timing and the reasons for the pretrial detention at issue, he does not dispute that the time was credited towards his state sentence for a parole violation. As explained by the District Court, under 18 U.S.C. § 3585(b), a defendant can only receive credit towards a federal sentence for prior custody "that has not been credited against another sentence."

For the above reasons, as well as those set forth by the District Court, we will affirm the District Court's order. King's motion to expedite the appeal is denied as moot.